JS-6

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11 DEBORAH FERNANDEZ CLEMENTE, on behalf of herself and all others similarly situated, | Case No.: CV 23-3640-GW-SKx |
| | **ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF CLASS, REPRESENTATIVE AND COLLECTIVE CLAIMS, WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | |
| HOME DEPOT U.S.A, INC., a Delaware corporation; and DOES 1 through 100, inclusive, | |
| Defendants. | |

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION FOR DISMISSAL

1

## ORDER

2      The Court has reviewed the Rule 41 Stipulation For Dismissal of Class,

3  Representative and Collective Claims, Without Prejudice, pursuant to F.R.C.P.

4  41(a)(1)(A)(ii) (the "Stipulation"), filed by Plaintiff DEBORA FERNANDEZ

5  CLEMENTS ("Plaintiff") and Defendant HOME DEPOT U.S.A., INC.

6  ("Defendant") (collectively, the "Parties").

7      The Parties' stipulation requesting dismissal of class, representative, and

8  collective claims, without prejudice, asserted in the action is hereby GRANTED.

9  Each party will bear its own costs, expenses, and attorneys' fees with the requested

10  dismissal, without prejudice.

11

12      **IT IS SO ORDERED.**

13

14  Dated:  July 5, 2024

_____

15

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Debora Fernandez Clemente, et al. v. Home Depot U.S.A., Inc., et al.</u>
United States District Court - Central District of California
Case No.: 2:23-cv-03640-GW (SKx)

I, Alejandra Beltran, the undersigned, declare that I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On July 3, 2024, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATION REQUESTING DISMISSAL OF CLASS, REPRESENTATIVE AND COLLECTIVE CLAIMS, WITHOUT PREJUDICE**

Evan R. Moses, Esq.
Aaron H. Cole, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
400 South Hope Street, Suite 1200
Los Angeles, California 90071

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL:  As follows:  I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on July 3, 2024, at Beverly Hills, California.

*/s/ Alejandra Beltran*
Alejandra Beltran

ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION